United States District Court
Southern District of Texas
**ENTERED**
October 02, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| SEAN SCHRAMM and CRAIG HOPSON, | § § § | CIVIL ACTION NO 4:23-cv-02614 |
| Plaintiffs, | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| MAC PIZZA MANAGEMENT INC, | § § § § | |
| Defendant. | § | |

### MINUTE ENTRY AND ORDER

Minute entry for STATUS CONFERENCE before Judge Charles Eskridge on September 27, 2023. All parties present by video and represented by counsel.

The Court addressed the similar pending case, *Elliot v MAC Pizza Management, Inc*, No 4:23-cv-02708. Plaintiffs' counsel advised that both cases arise from the same data breach, with this matter noted as a related case upon filing of *Elliott*.

Plaintiffs advised that Plaintiffs have voluntarily dismissed this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Dkt 14.

This action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Signed on September 27, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge